SMITH v. ANDERSON.

COBB, J. This being the first grant of a new trial, and an examination of the record disclosing that the verdict was not demanded by the law and the evidence, the judgment is

>                    *Affirmed. All the Justices concur, except Candler, J., absent.*

Argued April 15,—Decided May 15, 1905.

Equitable petition.    Before Judge Fite.    Cobb superior court. December 17, 1904.

*J. J. Northcutt* and *E. P. Green*, for plaintiff in error.
*H. B. Moss*, contra.